No. 1051. THE HAWGOOD & AVERY TRANSIT COMPANY, PETITIONER, *v.* THE MEAFORD TRANSPORTATION COMPANY; and

No. 1052. THE HAWGOOD & AVERY TRANSIT COMPANY, PETITIONER, *v.* ELLEN WILLIAMS, ADMINISTRATRIX, ETC.   June 12, 1916.   Petition for writs of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Harvey D. Goulder* for the petitioner. *Mr. Charles E. Kremer* and *Mr. George L. Canfield* for the respondents.

---

No. 1053. INDEPENDENT PNEUMATIC TOOL COMPANY, PETITIONER, *v.* BURKE ELECTRIC COMPANY.   June 12, 1916.   Petition for writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John Robert Taylor* and *Mr. L. S. Bacon* for the petitioner.   *Mr. Clifton V. Edwards* for the respondent.